IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02061-WYD-MJW

LINDA MARLER and
PAUL MARLER,

    Plaintiffs,

v.

ALLIED INTERSTATE, INC., an Ohio corporation; and
VICTOR JOSEPH, whose true name is unknown,

    Defendants.

---

### ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss with Prejudice (filed December 18, 2005).  The motion indicates that the parties have settled and that the case should be dismissed with prejudice.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Plaintiff's Unopposed Motion to Dismiss with Prejudice (filed December 18, 2005) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

Dated this 19th day of December, 2005.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                United States District Judge